```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ RUSSELL L. CARLBERG
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone:  (916) 554-2748
```

FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:08-CR-0145 FCD |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344 - Bank Fraud (10 counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (3 counts) |
| v. | |
| JENNIFER MILLER, JACQUELINE CRAFT, aka Jackie Craft, KHALILAH LATOYA FULLER, and MAISHA PEARL JONES, | |
| Defendants. | |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud]

The Grand Jury charges:

JENNIFER MILLER,
JACQUELINE CRAFT,
aka Jackie Craft,
KHALILAH LATOYA FULLER, and
MAISHA PEARL JONES,

defendants herein, as follows:

I.  BACKGROUND

1.  At all times relevant to this Indictment, defendant

1

1  JACQUELINE CRAFT and defendant KHALILAH FULLER resided together in
2  Vallejo, California, in the County of Solano, in the State and
3  Eastern District of California.
4       2.   At all times relevant to this Indictment, defendants
5  JENNIFER MILLER and MAISHA PEARL JONES also resided in Vallejo,
6  California, in the County of Solano, in the State and Eastern
7  District of California.
8       3.   Defendant JONES is a relative or associate of CRAFT and
9  FULLER.  Defendant CRAFT is defendant FULLER's mother.  Defendant
10 MILLER is CRAFT's sister.
11      4.   At all times relevant to this Indictment, identity theft
12 victims Adrian W., Jacqueline G., Venus T., Tara K., Rhonda W.,
13 and Shauna P. did not reside with defendants CRAFT and FULLER in
14 Vallejo, California; nor did these victims give defendants CRAFT,
15 FULLER, and/or JONES permission to open fraudulent bank accounts
16 in their names, to sign non-sufficient funds checks in their
17 names, or to negotiate those checks.
18      5.   At all times relevant to this Indictment, defendant
19 JENNIFER MILLER was an employee of the Solano County Health &
20 Social Services Department, located at 355 Tuolumne Street,
21 Vallejo, in the State and Eastern District of California, where
22 she had access to the names, social security numbers, dates of
23 birth, and driver's license numbers of benefits recipients.
24      6.   At all times relevant to this Indictment, the accounts of
25 Washington Mutual Bank, Bank of America, Wells Fargo Bank, and
26 Citibank were insured by the Federal Deposit Insurance Corporation
27 (FDIC), and these banks were financial institutions within the
28 meaning of Title 18, United States Code, Section 20.

1                     II.   THE CONSPIRACY

2      7.  Beginning at a time not known to the Grand Jury, but not
3 later than on or about November 16, 2006, and continuing to on or
4 about September 8, 2007, in the State and Eastern District of
5 California and elsewhere, defendants JENNIFER MILLER, JACQUELINE
6 CRAFT, KHALILAH LATOYA FULLER and MAISHA PEARL JONES knowingly
7 combined, conspired, and agreed among themselves to commit an
8 offense against the United States, specifically, to attempt to
9 execute and to execute a material scheme to defraud federally
10 insured financial institutions, and to obtain by material false
11 and fraudulent pretenses and representations, the monies, funds,
12 credits, assets, and other property owned by, and under the
13 custody and control of, federally insured financial institutions,
14 in violation of Title 18, United States Code, Section 1344.

15      8.  It was an object of the conspiracy to deposit multiple
16 non-sufficient funds checks into banks that grant immediate credit
17 on a portion of the deposited checks and then quickly obtain money
18 from the banks before those checks were rejected for non-
19 sufficient funds.

20                 III.   MANNER AND MEANS OF THE CONSPIRACY

21     In furtherance of the conspiracy, defendants employed, among
22 others, the following manner and means:

23      9.  Using her position of trust with the Solano County Health
24 & Social Services Department, defendant MILLER would steal and
25 purloin the names, social security numbers, and dates of birth of
26 Solano County benefits recipients.  MILLER would then provide the
27 information to FULLER and CRAFT, knowing FULLER would open bank
28 accounts in the names of the identity theft victims in order to

1 | further the scheme.  In exchange, MILLER received a share of the
2 | proceeds for her role in the scheme.
3 |     10.   Defendants FULLER and JONES would open bank accounts at
4 | federally insured financial institutions (primarily Bank of
5 | America, Citibank, and Wells Fargo) in the names of identity theft
6 | victims and others.  Defendants would provide one of two addresses
7 | to the banks in connection with opening these accounts:  the
8 | residence of CRAFT and FULLER or the residence of JONES.  The
9 | banks would then mail checks in the name of the identify theft
10 | victims and others to the address provided.
11 |     11.   Defendants FULLER and JONES would then open a second set
12 | of bank accounts in the names of identity theft victims and
13 | others, primarily at Washington Mutual Bank.  Defendants would
14 | provide one of three addresses in connection with opening these
15 | accounts: the residence of CRAFT and FULLER, the residence of
16 | MILLER, or the residence of JONES.  The banks would then mail
17 | debit cards in the name of identity theft victims and others to
18 | the above three addresses.
19 |     12.   Defendants CRAFT and JONES would then draft multiple
20 | checks drawn on accounts at the first set of banks and deposit
21 | them into accounts in the second set of banks.  Defendants MILLER,
22 | CRAFT and JONES used debit cards issued in the names of identity
23 | theft victims and others to deposit checks via Automated Teller
24 | Machines (ATM).  Defendants MILLER, CRAFT, FULLER and JONES knew
25 | that each of the checks fraudulently drafted and deposited far
26 | exceeded the balance in the account upon which each was drawn.
27 |     13.   Defendants MILLER, CRAFT, FULLER and JONES would then
28 | use debit cards to withdraw cash, to make purchases, to pay bills,

1 and otherwise defraud the banks into which the non-sufficient
2 funds checks had been deposited.

### IV. OVERT ACTS

In furtherance of the conspiracy, and to achieve the objects thereof, the defendants committed, among others, the following overt acts in the State and Eastern District of California, and elsewhere:

#### A. Identity Theft

14. At times unknown to the Grand Jury, but not later than on or about August 9, 2007, defendant MILLER purloined from her employer, and provided to CRAFT and FULLER, the names, social security numbers, dates of birth, and driver's license numbers of benefits recipients Tara K., Kelly Lynn G., Jacqueline G., Rhonda W., and Shauna P.

#### B. Opening Bank Accounts

15. On or about November 3, 2006, defendant FULLER opened bank accounts with Washington Mutual Bank and Bank of America in the name of Adrian W., using Adrian W.'s name, date of birth, and social security number.

16. On or about March 19, 2007, defendant FULLER opened bank accounts at Washington Mutual in the name of identity theft victim Jacqueline G., using Jacqueline G.'s name, date of birth, and social security number.

17. On or about June 12, 2007, defendant FULLER opened a bank account at Washington Mutual in the name of Shauna P., using Shauna P.'s name, date of birth, and social security number.

18. On or about June 20, 2007, defendant JONES opened an account at Washington Mutual Bank in Vallejo, California in the

5

1  name of MAISHA JONES.
2      19.  On or about August 9, 2007, defendant FULLER opened an
3  account at Washington Mutual Bank in Vallejo, California, in the
4  name of Tara K.
5                        C.   Check Deposits
6      20.  On or about November 15, 2006, via an ATM in Vallejo,
7  California, defendant CRAFT deposited into a Washington Mutual
8  Bank account ending in number 400 in the name of Adrian W., a
9  check numbered 3000 that was drawn on a Bank of America account in
10 the name of Adrian W.  The check was drafted for $400.00.
11     21.  On or about December 30, 2006, via an ATM in Vallejo,
12 California, defendant CRAFT deposited into a Washington Mutual
13 Bank account ending in number 973 in the name of Erin F., a check
14 numbered 109 that was drawn on a Bank of America account in the
15 name of Regie B.  The check was drafted for $490.00.
16     22.  On or about March 29, 2007, via an ATM in Vallejo,
17 California, defendant CRAFT deposited into a Washington Mutual
18 Bank account ending in number 279 in the name of Jacqueline G., a
19 check numbered 2019 that was drawn on a Citibank account in the
20 name of Laqicilla L.  The check was drafted for $400.00.
21     23.  On or about April 28, 2007, via an ATM in Vallejo,
22 California, defendant CRAFT deposited into a Washington Mutual
23 Bank account ending in number 311 in the name of Rhonda W., a
24 check numbered 3132 that was drawn on a Citibank account in the
25 name of Laqicilla L.  The check was drafted for $400.00.
26     24.  On or about May 8, 2007, via an ATM in Vallejo,
27 California, defendant CRAFT deposited into a Washington Mutual
28 Bank account ending in number 451 in the name of Kelly Lynn G., a

1 | check numbered 3023 that was drawn on a Citibank account in the
2 | name of Laqicilla L.  The check was drafted for $400.00.
3 |     25.  On or about July 16, 2007, via an ATM in Vallejo,
4 | California, defendant CRAFT deposited into a Washington Mutual
5 | Bank account ending in number 231 in the name of Shauna P., a
6 | check numbered 3302 that was drawn on a Citibank account in the
7 | name of Venus T.  The check was drafted for $1,300.00.
8 |     26.  On or about July 23, 2007, via an ATM in Vallejo,
9 | California, defendant JONES deposited into her Washington Mutual
10 | Bank account ending in number 706, a check numbered 1007 that was
11 | drawn on her account at Wells Fargo Bank.  The check was drafted
12 | for $300.00.
13 |     27.  On or about August 22, 2007, via an ATM in Vallejo,
14 | California, defendant MILLER deposited into a Washington Mutual
15 | Bank account ending in number 491 in the name of Tara K., a Bank
16 | of America check numbered 1000 issued in the name of Tara K. and
17 | bearing the address of CRAFT and FULLER in Vallejo, California.
18 | The check was drafted in the amount of $450.00.
19 |     28.  On or about September 5, 2007, via an ATM in Pinole,
20 | California, defendant JONES deposited into her own Citibank Bank
21 | account ending in number 384, a Bank of America check numbered
22 | 1094 issued in the name of Tara K. and bearing the address of the
23 | residence of CRAFT and FULLER in Vallejo, California.  The check
24 | was drafted in the amount of $3,690.00.
25 |                            D.  <u>Purchases & Withdrawals</u>
26 |     29.  On or about May 1, 2007, in the Eastern District of
27 | California and elsewhere, defendant FULLER purchased two pairs of
28 | Jordan Classic Nike shoes, for $263.07 total, using a Washington

1 Mutual Bank debit Mastercard ending in card number 7014 and issued
2 in the name of identity theft victim Rhonda W.

  30. On or about July 20, 2007, in the Eastern District of California, defendants FULLER and JONES purchased a $500 Target gift card ending in number 949, using a Washington Mutual debit card ending in number 7015 and issued in the name of identity theft victim Shauna P.

  All in violation of Title 18, United States Code, Section 1349.

<u>COUNTS TWO THROUGH SEVEN</u>:  [18 U.S.C. § 1344 - Bank Fraud]

  The Grand Jury further charges:

JACQUELINE CRAFT,<br>aka Jackie Craft,

defendant herein, as follows:

  1. The factual allegations contained in paragraphs 1 through 6 and 9 through 13 of Count One of this Indictment are incorporated herein as if set forth in full.

  2. On or about each date set forth below, within the State and Eastern District of California, defendant JACQUELINE CRAFT, with intent to defraud, did knowingly execute and attempt to execute a material scheme and artifice to defraud Washington Mutual Bank, a federally insured financial institution, and to obtain by material false and fraudulent pretenses and representations, the monies, funds, credits, assets, and other property owned by, and under the custody and control of, Washington Mutual Bank, as set forth below:

| Count | Deposit Date | Check No. | Amt. Per Check | Bank Account On Which Check Drawn | Deposited in Victim Bank Account |
|---|---|---|---|---|---|
| 2. | 11/15/06 | 3000 | $400 | Bank of America account, in name of Adrian W. | Washington Mutual Bank account ending in #400, assigned to Adrian W. |
| 3. | 12/30/06 | 109 | $490 | Bank of America account, in name of Regie B. | Washington Mutual Bank account ending in #973, assigned to Erin F. |
| 4. | 03/29/07 | 2019 | $400 | Citibank account in name of Laqicilla L. | Washington Mutual Bank account ending in #279, assigned to Jacqueline G. |
| 5. | 04/28/07 | 3132 | $400 | Citibank account in name of Laqicilla L. | Washington Mutual Bank ending in #311, assigned to Rhonda W. |
| 6. | 05/08/07 | 3023 | $400 | Citibank account in name of Laqicilla L. | Washington Mutual Bank, ending in #451, assigned to Kelly Lynn G. |
| 7. | 07/16/07 | 3302 | $1,300 | Citibank account in name of Venus T. | Washington Mutual Bank, ending in #231, assigned to Shauna P. |

All in violation of Title 18, United States Code, Section 1344.

COUNT EIGHT:   [18 U.S.C. § 1344 - Bank Fraud]

The Grand Jury further charges:

KHALILAH LATOYA FULLER,

defendant herein, as follows:

1.   The factual allegations contained in paragraphs 1 through 6 and 9 through 13 of Count One of this Indictment are

1  incorporated herein as if set forth in full.

2      2.  On or about May 1, 2007, within the State and Eastern District of California, defendant KHALILAH LATOYA FULLER, with intent to defraud, did knowingly execute and attempt to execute a material scheme and artifice to defraud Washington Mutual Bank, a federally insured financial institution, and to obtain by material false and fraudulent pretenses and representations, the monies, funds, credits, assets, and other property owned by, and under the custody and control of Washington Mutual Bank, by using a Washington Mutual debit Mastercard issued in the name of Rhonda W., and ending in number 7014, to purchase two pair of Jordan Classic Nike shoes for $263.07.

    All in violation of Title 18, United States Code, Section 1344.

COUNT NINE:     [18 U.S.C. § 1344 - Bank Fraud]

    The Grand Jury further charges:

                    KHALILAH LATOYA FULLER,

defendant herein, as follows:

    1.  The factual allegations contained in paragraphs 1 through 6 and 9 through 13 of Count One of this Indictment are incorporated herein as if set forth in full.

    2.  On or about July 20, 2007, within the State and Eastern District of California, defendant KHALILAH LATOYA FULLER with intent to defraud, did knowingly execute and attempt to execute a material scheme and artifice to defraud Washington Mutual Bank, a federally insured financial institution, and to obtain by material false and fraudulent pretenses and representations, the monies, funds, credits, assets, and other property owned by, and under the

1  custody and control of, Washington Mutual Bank, by using a
2  Washington Mutual Debit Mastercard issued in the name of Shauna
3  P., ending in number 7015, to purchase a $500.00 Target Gift Card
4  ending in number 949.
5      All in violation of Title 18, United States Code, Section
6  1344.
7  COUNT TEN:      [18 U.S.C. § 1344(1) - Bank Fraud]
8      The Grand Jury further charges:
9                  MAISHA PEARL JONES,
10 defendant herein, as follows:
11     1.  The factual allegations contained in paragraphs 1 through
12 6 and 9 through 13 of Count One of this Indictment are
13 incorporated herein as if set forth in full.
14     2.  On or about July 23, 2007, within the State and Eastern
15 District of California, defendant MAISHA PEARL JONES, with intent
16 to defraud, did knowingly execute and attempt to execute a
17 material scheme and artifice to defraud Washington Mutual Bank, a
18 federally insured financial institution, of monies, funds,
19 credits, assets, and other property owned by, and under its
20 custody and control, by depositing into a Washington Mutual Bank
21 checking account ending in number 706 a non-sufficient funds
22 check, Wells Fargo Bank check number 1007, drafted in the amount
23 $300.00.
24     All in violation of Title 18, United States Code, Section
25 1344(1).
26 ///
27 ///
28 ///

COUNT ELEVEN:   [18 U.S.C. § 1344 - Bank Fraud]

   The Grand Jury further charges:

                    JENNIFER MILLER, and
                    KHALILAH LATOYA FULLER

defendants herein, as follows:

   1.  The factual allegations contained in paragraphs 1 through 6 and 9 through 13 of Count One of this Indictment are incorporated herein as if set forth in full.

   2.  On or about August 22, 2007, within the State and Eastern District of California, defendants MILLER and FULLER, with intent to defraud, did knowingly execute and attempt to execute a material scheme and artifice to defraud Washington Mutual Bank, a federally insured financial institution, and to obtain by material false and fraudulent pretenses and representations, the monies, funds, credits, assets, and other property owned by, and under the custody and control of, Washington Mutual Bank, by depositing a non-sufficient funds Bank of America check, numbered 1000, bearing the name and signature of Tara K., and drafted in the amount $450.00, into a Washington Mutual Bank checking account ending in number 491 and assigned to Tara K.

   All in violation of Title 18, United States Code, Sections 1344 and 2.

COUNTS TWELVE AND THIRTEEN:  [18 U.S.C. § 1028A(a)(1) -
                              Aggravated Identity Theft]

   The Grand Jury further charges:

                    JACQUELINE CRAFT,
                    aka Jackie Craft,

defendant herein, as follows:

   1.  The factual allegations contained in paragraphs 1 through

12

6, and 9 through 13 of Count One of this Indictment are incorporated herein as if set forth in full.

    2. On or about each date set forth below, in the State and Eastern District of California, defendant JACQUELINE CRAFT did knowingly possess and use, without lawful authority, a means of identification of another person, as set forth below, during and in relation to a felony violation of federal law under Chapter 63 of Title 18, United States Code, to wit: bank fraud in violation of Title 18, United States Code, Section 1344, as alleged above in Counts Four and Seven of this Indictment, fully incorporated herein by reference, respectively, in Counts Twelve and Thirteen, below:

| Count | Date | Fraudulent Check Negotiated at Washington Mutual Bank | Means of I.D. Possessed and How Used for Negotiation |
|---|---|---|---|
| 12 | 03/29/07 | Check #2019 for $400.00, drawn on a Citibank account in name of Laqicilla L. | Name of Jacqueline G. and Washington Mutual ATM card/debit card assigned to bank account ending in #279 in the name of Jacqueline G., used to deposit fraudulent check. |
| 13 | 07/16/07 | Check #3302 for $1,300.00 drawn on a Citibank account in name of Venus T. | Name of Shauna P. and Washington Mutual ATM card/debit card assigned to account ending in #231 in the name of Shauna P., used to deposit fraudulent check. |

    All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FOURTEEN: [18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft]

    The Grand Jury further charges:

              JENNIFER MILLER,

defendant herein, as follows:

   1. The factual allegations contained in paragraphs 1 through 6, and 9 through 13 of Count One of this Indictment are incorporated herein as if set forth in full.

   2. On or about August 22, 2007, in the State and Eastern District of California, defendant JENNIFER MILLER did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name of Tara K. and a Washington Mutual ATM card assigned to a bank account ending in number 491 in the name of Tara K., during and in relation to a felony violation of federal law under Chapter 63 of Title 18, United States Code, to wit: bank fraud in violation of Title 18, United States Code, Sections 1344 and 2, by depositing Bank of America check number 1000, bearing the name Tara K., in the amount of $450.00, as alleged above in Count Eleven of this Indictment, fully incorporated herein by reference.

   All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

14

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA
vs.

JENNIFER MILLER,
JACQUELINE CRAFT, aka Jackie Craft,
KHALILAH LATOYA FULLER,
and MAISHA PEARL JONES

---

### SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud ; 18 U.S.C. §§ 1344 - Bank Fraud ( 10 counts ); 18 U.S.C. § 1028A (a) (1) - Aggravated Identity Theft ( 3 counts )

---

*A true bill,*

/S/

_____ Foreman.

---

*Filed in open court this* __24th__ *day of* __April__, A.D. 20 08

_C. Schultz_
Clerk.

---

Bail, $ _All Defendants: Bail as previously set to continue._

_Dale A. Drozd_

GPO 863 525

# PENALTY SLIP
## S U P E R S E D I N G  I N D I C T M E N T

**2:08-CR-0145 FCD**

**JENNIFER MILLER:** Counts 1, 11 and 14

**JACQUELINE CRAFT, aka Jackie Craft:** Counts 1, 2 - 7, 12 and 13

**KHALILAH LATOYA FULLER:** Counts 1, 8, 9, and 11

**MAISHA PEARL JONES:** Counts 1 and 10

| COUNT 1 | 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud | PENALTY: | NMT $1,000,000; NMT 30 years; or Both 5 Years TSR |
|---|---|---|---|
| COUNTS 2 - 11 | 18 U.S.C § 1344 - Bank Fraud | PENALTY: | NMT $1,000,000; NMT 30 years; or Both 5 Years TSR |
| COUNTS 12 - 14 | 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft | PENALTY: | NMT $250,000; NLT 2 years, to run consecutive to any sentence imposed for the crimes above; and 1 Year TSR |
| **SPECIAL ASSESSMENT:** | $100.00 for each count | | |